AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>JASEYONA SAGE THOMAS<br><br>*Defendant* | )<br>)<br>) Case No.  1:24-cr-138-03<br>)<br>)<br>)<br>) |

REC'D USMS-D/ND
2024 AUG 8 8:48

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jaseyona Sage THOMAS                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment       ☐ Information     ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:  08/08/2024                                                                    /s/ Melissa Fischer
                                                                                        *Issuing officer's signature*

City and state:   Bismarck, ND                                                   Melissa Fischer, Deputy Clerk
                                                                                        *Printed name and title*

### Return

This warrant was received on *(date)*  8/8/24  , and the person was arrested on *(date)*  10/12/24
at *(city and state)*  Bismarck, ND

Date:  10/15/24

                                                                              Thomas Kinney on behalf of Bismarck ND
                                                                                        *Arresting officer's signature*

                                                                              DUSM Thomas Kinney
                                                                                        *Printed name and title*