# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER FOR APPOINTMENT** |
| Plaintiff, ) | **OF CJA COUNSEL** |
| ) | |
| vs. ) | |
| ) | Case No. 1:24-cr-138 |
| Jaseyona Sage Thomas, ) | |
| ) | |
| Defendant. ) | |

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A. Accordingly, attorney Joshua Weatherspoon is appointed to represent Defendant in this matter.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court