**EXHIBIT**

1

1:24-cr-137 &1:24-cr-138

**Blessed Builders**
SOBER LIVING & TREATMENT SERVICES

Blessed Builders - Ministry
2700 State Street Ste F-6
Bismarck ND 58503
Office Phone: 701-751-0318
Office Fax: 701-751-2354
Email: BBM@blessedbuildersministy.com
Website: blessedbuildersoberliving.org

To whom it may concern,

Jaseyona Thomas was approved to Blessed Builders Sober Living on 12/10/2024. Intake is scheduled for 12/23/24 at 1:00pm at our office in Gateway Mall. Please bring a photo id, recent pay stubs, if working, personal belongings, any medications you take, and entry fee (if you have it).  If you have any questions or concerns please feel free to contact the office at 701-751-0318.

 Note: If Intake needs to be rescheduled, please call our office as soon as possible. Failure to notify or show up results in forfeiture of bed placement. A drug screening will be given at intake and must have a negative result in order to be admitted into sober living.

Thank you,

*Krystal Bloom* (signature)

Blessed Builders - Ministry
Krystal Bloom - BBM Program Director/ Care Coordinator
Michelle Lund - BBM Office Manager/ Care Coordinator