IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jaseyona Sage Thomas, ) | Case Nos. 1:24-cr-137 and 1:24-cr-138 |
| ) | |
| Defendants. ) | |

In October 2024 the court issued orders releasing Defendant on conditions to the Prairie Recovery Center ("Prairie Recovery") so that she could participate in its inpatient treatment program. (Case No. 1:24-cr-137, at Doc. Nos. 44, 45; Case No. 1:24-cr-138 at Doc. Nos. 40, 41).

On December 12, 2024, Defendant filed a Motion to Modify Conditions of Release. (Case No. 1:24-cr-137, at Doc. No. 58; Case No. 1:24-cr-138 at Doc. No. 54). She expects to graduate from Prairie Recovery's treatment program on or about December 23, 2024, and has secured a placement at Blessed Builders, a sober living facility in Bismarck. She requests that the court modify her release conditions to allow her to reside at Blessed Builders upon her discharge from Prairie Recovery. She advises that the MHA Recovery Team will transport her from Prairie Recovery to Blessed Builders.

The court **GRANTS** Defendant's motion (Case No. 1:24-cr-137, at Doc. No. 58; Case No. 1:24-cr-138 at Doc. No. 54) and modifies Defendant's release as follows. Upon her discharge from Prairie Recovery, Defendant shall report to and reside at Blessed Builders. She shall not change this residence without the prior permission of the Pretrial Services Officer. She shall fully comply with all of Blessed Builder's rules and regulations. She shall sign all release forms to allow the Pretrial

1

Services Officer to obtain information from Blessed Builders OR to communicate with Blessed Builders staff about her progress there. Any overnight passes from Blessed Builders must be approved by the Pretrial Services Officer. While residing at Blessed Builders, she must seek and maintain employment. Employment must be approved by the Pretrial Services Officer. If for any reason she is terminated from Blessed Builders, she must immediately surrender to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2024.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court