## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jaseyona Sage Thomas, | ) | Case No. 1:24-cr-137 and 1:24-cr-138 |
| | ) | |
| Defendant. | ) | |

In October 2024, the court issued orders conditionally releasing Defendant to the Prairie Recovery Center for treatment. (Case No. 1:24-cr-137 at Doc. Nos. 44, 45; Case No. 1:24-cr-138 at Doc. Nos. 40, 41). On December 13, 2024, the court issued orders amending Defendant's release conditions to permit her to transition to and reside at Blessed Builders with the caveat she was to surrender to the custody of the United States marshal if terminated from Blessed Builders for any reason. (Case No. 1:24-cr-137 at Doc. No. 59; Case No. 1:24-cr-138 at Doc. No. 55).

On December 30, 2024, the Pretrial Services Officer and the United States marshal advised the court that Defendant had been terminated by Blessed Builders and thereafter surrendered to the custody of the United States marshal.

As Defendant has been terminated from Blessed Builders, the court **ORDERS** that, pending further order, she be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

Dated this 31st day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
