IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jaseyona Sage Thomas, | ) | Case No. 1:24-cr-137 and 1:24-cr-138 |
| | ) | |
| Defendant. | ) | |

In October 2024, the court issued orders conditionally releasing Defendant to the Prairie Recovery Center for treatment. (Case No. 1:24-cr-137 at Doc. Nos. 44, 45; Case No. 1:24-cr-138 at Doc. Nos. 41, 42). On December 13, 2024, the court issued orders amending Defendant's release conditions to permit her to transition to and reside at Blessed Builders with the caveat she was to surrender to the custody of the United States marshal if terminated from Blessed Builders for any reason. (Case No. 1:24-cr-137 at Doc. No. 59; Case No. 1:24-cr-138 at Doc. No. 55).

On December 30, 2024, the Pretrial Services Officer and the United States marshal advised the court that Defendant had been terminated by Blessed Builders and thereafter surrendered to the custody of the United States marshal. Thereafter the court issued an order detaining Defendant pending further order. (Case No. 1:24-cr-137 at Doc. No. 63; Case No. 1:24-cr-138 at Doc. No. 56).

On December 31, 2024, Defendant filed a motion requesting that the court permit her to reside at the Sahnish Healing Lodge, a sober living facility located in Roseglen, North Dakota. (Case No. 1:24-cr-137 at Doc. No. 64; Case No. 1:24-cr-138 at Doc. No. 57). She advises that Good Road Recovery will arrange for her transport to the Sahnish Healing Lodge on January 10, 2025.

The court, in consultation with the Pretrial Services Office, **GRANTS** Defendant's motion

(Case No. 1:24-cr-137 at Doc. No. 64; Case No. 1:24-cr-138 at Doc. No. 57).  Defendant shall be released to a member of Good Road Recovery or other person(s) approved by the Pretrial Services Office no earlier than 9:00 AM on January 10, 2025, for transport to the Sahnish Healing Lodge in Roseglen.  Defendant's release . Defendant's release shall be subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

(7) Defendant shall reside at the Sahnish Healing Lodge, fully participate in its treatment programming, and comply with all of its rules and regulations.

(8) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the Sahnish Healing Lodge OR to communicate with Sahnish Healing Lodge staff about her progress in the treatment program.

Any overnight passes from the Sahnish Healing Lodge must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the Sahnish Healing Lodge, she must immediately surrender to the custody of the United States Marshal.

(9) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of her release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(10) Defendant shall not obtain a passport and other foreign travel document(s).

(11) Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

(12) Defendant must report as soon as possible, to the Pretrial Service Office or her supervising Pretrial Service Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(13) With 24 hours of her arrival at the Sahnish Healing Lodge, Defendant shall contact Pretrial Services Officer Skylar Soupir at (701) 530-2416.

If Defendant cannot be transported to the Sahnish Healing Lodge as anticipated on January 10, 2025, she shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court