# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Nos. 1:24-cr-138 |
| | ) | |
| Jaseyona Sage Thomas, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

Comes now Defendant Jaseyona Sage Thomas ("Ms. Thomas"), by and through her attorney Joshua L. Weatherspoon of Mulloy Law, and respectfully motions this Court for an Order continuing the trial date currently scheduled for April 8, 2025, for at least ninety (90) days on the following grounds:

In order to properly represent Ms. Thomas, the undersigned needs additional time to review discovery, locate witnesses, to complete the investigation, and to prepare for trial.

This motion is made neither for the purposes of undue delay nor other improper reason. Undersigned makes this request for Ms. Thomas in order to have the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

Ms. Thomas has executed Defendant's *Waiver of Speedy Trial Rights*.

Dated this 13th day of March, 2025.

                              **JOSHUA L. WEATHERSPOON**
                              **MULLOY LAW**
                              Attorneys for Defendant
                              101 Slate Drive, Suite 7
                              Bismarck, ND 58503
                              PH:    701-390-8580
                              FX:    701-639-2845
                              E-mail: josh@mulloylaw.com
                              By:

                              */s/ Joshua Weatherspoon*
                              **Joshua L. Weatherspoon (ID # 08641)**