IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Nos. 1:24-cr-138 |
| | ) | |
| Jaseyona Sage Thomas, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHTS**

COMES NOW Defendant Jaseyona Sage Thomas ("Ms. Thomas"), consents to a continuance of her Jury Trial presently scheduled for April 8, 2025. The Defendant understands the time as a result of this continuance will be excluded from counting under the Speedy Trial rights pursuant to 18 U.S.C. § 5036.

This waiver of my rights under the Speedy Trial provision of and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution in regard to this continuance is made freely and voluntarily.

Dated this 13 day of March, 2025.

_____
Jaseyona Sage Thomas, Defendant

Page 1 of 1