IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                                       Plaintiff,<br><br>vs.<br><br>Javonne Qwanae Hunt a/k/a Quad, William Christopher Olsen, and Jaseyona Sage Thomas,<br><br>                                       Defendants. | Case No. 1:24-cr-00138 |

### ORDER GRANTING MOTION TO CONTINUE TRIAL

[¶1]   THIS MATTER comes before the Court on the Motion to Continue Jury Trial filed by Jaseyona Sage Thomas ("Defendant Thomas") on March 13, 2025. Doc. No. 60. Trial is scheduled in this matter for April 8, 2025. This is Defendant Thomas' **first** request for a continuance and the **second** continuance in the case. As grounds for the continuance request, Defense Counsel states additional time is needed to review discovery, locate witnesses, complete the investigation, and prepare for trial. Defendant Thomas has filed a signed Waiver of Speedy Trial. Doc. No. 61.

[¶2]   Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7). See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). In addition, each co-Defendant's time under the speedy trial act is excludable based upon Defendant Thomas' Motion because the co-Defendants have not been severed for trial. See 18 U.S.C. § 3161(h)(6) (excluding from Speedy Trial calculation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has

not run and no motion for severance has been granted"). Each co-Defendant's trial shall, therefore, coincide with Defendant Thomas' trial date. Accordingly, the Court **GRANTS** Defendant Thomas' Motion to Continue Trial.

[¶3]    Trial as to Javonne Qwanae Hunt a/k/a Quad, William Christopher Olsen, and Jaseyona Sage Thomas shall be rescheduled for Tuesday, September 9, 2025, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(6)-(7).

[¶4]    **IT IS SO ORDERED.**

DATED March 14, 2025.

Daniel M. Traynor, District Judge
United States District Court