Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br><br>Jaseyona Sage Thomas<br><br>*Defendant* | )<br>)<br>)  Case No.  1:24-cr-138-03<br>)<br>)<br>) |

## ARREST WARRANT

REC'D USMS-D/ND
2025 MAR 26 14:37

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jaseyona Sage Thomas     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation(s) of pretrial release.

Date:  03/26/2025

/s/ Melissa Fischer
*Issuing officer's signature*

Melissa Fischer, Deputy Clerk
*Printed name and title*

City and state:   Bismarck, ND

### Return

This warrant was received on *(date)* 3/26/25, and the person was arrested on *(date)* 8/6/25
at *(city and state)* Bismarck ND.

Date: 8/6/25

*Arresting officer's signature*

M Thyne DWM for FBI
*Printed name and title*