IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                                      Plaintiff,<br><br>vs.<br><br>Javonne Qwanae Hunt a/k/a Quad and<br>Jaseyona Sage Thomas,<br><br>                                      Defendants. | Case No. 1:24-cr-00138 |

### ORDER GRANTING MOTION TO CONTINUE TRIAL

[¶ 1]   THIS MATTER comes before the Court on the Motion to Continue Jury Trial filed by Javonne Qwanae Hunt ("Defendant Hunt") on August 15, 2025. Doc. No. 80. Trial is scheduled in this matter for September 9, 2025. This is Defendant Hunt's **first** request for a continuance and the **third** continuance in the case. As grounds for the continuance request, Defense Counsel states additional time is needed to locate witnesses, complete the investigation, and prepare for trial. Defendant Hunt has filed an Informed Consent to Continuance. Doc. No. 81.

[¶ 2]   Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7). See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). In addition, each codefendant's time under the speedy trial act is excludable based upon Defendant Hunt's Motion because the codefendants have not been severed for trial. See 18 U.S.C. § 3161(h)(6) (excluding from Speedy Trial calculation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted"). Each codefendant's trial shall, therefore,

- 2 -

coincide with Defendant Hunt's trial date. Accordingly, the Court **GRANTS** Defendant Hunt's Motion to Continue Trial.

[¶ 3]   Trial as to Javonne Qwanae Hunt a/k/a Quad and Jaseyona Sage Thomas shall be rescheduled for Tuesday, February 10, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(6)–(7).

[¶ 4]   **IT IS SO ORDERED.**

DATED August 18, 2025.

Daniel M. Traynor, District Judge
United States District Court