IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Nos. 1:24-cr-137 and 1:24-cr-138 |
| | ) | |
| Jaseyona Sage Thomas, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW Defendant Jaseyona Sage Thomas ("Ms. Thomas"), by and through her attorney Joshua L. Weatherspoon of Mulloy Law, and respectfully motions this Court for an Order continuing the sentencing currently scheduled for February 24, 2026, for at least thirty (30) days as Ms. Thomas simultaneous to this motion, filed a motion for release from custody so that she may reside as a sober living at Healing Hearts Lodge. This motion is made neither for the purposes of undue delay nor other improper reason.

Dated this 18th day of February, 2026.

                                           **JOSHUA L. WEATHERSPOON**
                                         **MULLOY LAW**
                                         Attorneys for Defendant
                                         319 North First Street
                                         Bismarck, ND 58501
                                         PH:     701-390-8580
                                         FX:     701-639-2845
                                         E-mail: josh@mulloylaw.com
                                         By:

                                         */s/ Joshua Weatherspoon*
                                         **Joshua L. Weatherspoon (ID # 08641)**