IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Nos. 1:24-cr-137 and 1:24-cr-138 |
| | ) | |
| Jaseyona Sage Thomas, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY**

COMES NOW the Defendant, Jaseyona Sage Thomas ("Ms. Thomas"), by and through her attorney Joshua L. Weatherspoon of Mulloy Law, who respectfully requests the Court issue an order to allow her to reside at the sober living facility Healing Hearts Lodge through Good Road Recovery in Bismarck, North Dakota. Exhibit 1.

Ms. Thomas had previously been given the opportunity to reside at a sober living house in March 2025. She openly acknowledges that she was not prepared for that opportunity and was in the height of her addiction at the time. A warrant was issued on March 26, 2025, which was later executed on August 6, 2025. Since then, Ms. Thomas has been in custody for over six (6) months. This period of forced sobriety has given Ms. Thomas a new outlook on sober living, community based treatment, and the significance of what she faces at sentencing in her cases.

Ms. Thomas has since applied to and been accepted into the Healing Hearts Lodge in Bismarck, North Dakota. Ms. Thomas is a young woman that has struggled with substance abuse for much of her life. It is clear that this past six (6) months of Ms. Thomas being in custody has been the longest period of sobriety she has had in her life. Ms. Thomas respectfully requests the opportunity to continue to build on this momentum and engaging in sober living and attending

treatment so that she may start to develop the important and necessary habits to ensure that she will have a long, sober life in front of her.

Based on the foregoing, Ms. Thomas respectfully requests that the Court release Ms. Thomas on February 20, 2026, to a member of the Good Road Recovery team or Healing Hearts Lodge to be transported to the Healing Hearts Lodge in Bismarck, North Dakota.

Dated this 18th day of February, 2026.

**JOSHUA L. WEATHERSPOON**
**MULLOY LAW**
Attorneys for Defendant
319 North First Street
Bismarck, ND 58501
PH:   701-390-8580
FX:   701-639-2845
E-mail: josh@mulloylaw.com
By:

*/s/ Joshua L. Weatherspoon*
**Joshua L. Weatherspoon (ID # 08641)**