

# Healing Hearts Lodge

6002 N 19th St  
Bismarck, ND 58503  
Phone: (701) 712 – 3260

Date: February 17, 2026

Dear Jaseyona,

Congratulations! You have been accepted to the MHA Healing Hearts Lodge with an admission date **of February 20, 2026! At 10am.** We are excited you have chosen the Healing Hearts Lodge to continue your journey in recovery.

At Healing Hearts Lodge, you are responsible for your own recovery. We are here for you every step of the way holding you accountable. Our program is designed to help you build self-respect, foster self-discipline, and become a part of a recovery-based community by immersing yourself in the fellowships of AA, NA, or other 12-step based program to help you build a foundation to maintain long term sobriety and live a healthy lifestyle.

As a reminder there is a prohibited list of medications (see attached). If you are currently taking any of these medications, please let our staff know as this may affect your acceptance status.

We sincerely want you to be an active participant in your own recovery process. There is one goal at Healing Hearts Lodge - RECOVERY.

We look forward to seeing you!

Sincerely,

*Veronica Lyson*  
*MHA Women's Sober Living Intake Coordinator*  
Healing Hearts Lodge  
6002 N 19th Street  
Bismarck, ND 58503  
vlyson@healingheartslodge.com  
(701) 955-2209

EXHIBIT 1



# MHA Sober Living

**525 North 9th Street Bismarck, ND  58501 Phone: 701-751-2887 Fax: 701-751-0882**

MHA Sober Lodge Prohibited Medication List

| | | | |
|---|---|---|---|
| Adderrall | Flexeril | Percodan/Percocet | Trazadone |
| Alprazolam | Flurazepam | Phenobarbital | Triazolam |
| Ambien | Gabapentin | Placidyl | Tuinal |
| Amphetamine – Dextro | *Geodon | Prolixin | Unisom |
| Amytal | Halcion | Prosom | Valium |
| Aripiprazole | Haldol | Quazepam | Versed |
| Ativan | Haloperidol | Quetiapine/Seroquil | Vicks |
| Buprenorphine (Buprenex) | Hydrostat | Restoril/Risperadone | Vicodin |
| Butalbital | Kombacha | Risperdal | |
| *Welbutrin/Bupropion | | | |
| Carisoprodol | Klonipin | Ritalin | Xanax |
| Chlorpromazine | Kratom | Robitussin | Ziprasidone |
| Clidinium | K-2 | Roxanol | Zolpidem |
| Clonazepam | Librax | Roxicet | |
| Codeine | Librium | Secobarbital | |
| Cogentin | Lorazepam | Seconal | |
| Coricidin | Lortab | Solfoton | |
| Cyclobenzaprine | Mellaril | Soma | |
| Dalmane | Meperidine | Sominex | |
| Darvocet | Methadone | Spice | |
| Delsym | Midazolam | Sucrets | |
| Demerol | Mitran | Soboxone | |
| Diazepam | Morphine | Subutex | |
| Dilaudid | Mucinex | Temazepam | |
| Dimetapp | Nembutal | Thiordazine | |
| Doral | Navane | Thorazine | |
| Estazolam | Oxycodone | Tramadol | |
| Fioricet | Oxycontin | Tranxene | |