

# 30 M Pill - blue round, 6mm

GOVERNMENT EXHIBIT
CASE NO. 1:24-cr-137
1:24-cr-138
EXHIBIT NO. 1

Pill with imprint **30 M** is Blue, Round and has been identified as Oxycodone Hydrochloride 30 mg. It is supplied by Mallinckrodt Pharmaceuticals.

Oxycodone is used in the treatment of Chronic Pain; Pain and belongs to the drug class Opioids (narcotic analgesics). FDA has not classified the drug for risk during pregnancy. Oxycodone 30 mg is classified as a Schedule 2 controlled substance under the Controlled Substance Act (CSA).

## Images for 30 M

   

**Oxycodone Hydrochloride**

**Imprint:** 30 M

**Strength:** 30 mg

**Color:** Blue

**Size:** 6.00 mm

**Shape:** Round

**Availability:** Prescription only

**Drug Class:** Opioids (narcotic analgesics)

**Pregnancy Category:** N - Not classified

**CSA Schedule:** 2 - High potential for abuse

**Labeler / Supplier:** Mallinckrodt Pharmaceuticals

**National Drug Code (NDC):** 00406-8530

**Inactive Ingredients:** microcrystalline cellulose, lactose monohydrate, stearic acid, FD&C Blue No. 2