UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-CR-00137-3 |
| | ) | 1:24-CR-00138-3 |
| vs. | ) | |
| | ) | **SENTENCING** |
| Jaseyona Sage Thomas, | ) | **MEMORANDUM** |
| | ) | |
| Defendant. | ) | |

TO THE HON. DANIEL M. TRAYNOR, THE UNITED STATES ATTORNEY AND THE ASSISTANT UNITED STATES ATTORNEY RICK VOLK:

COMES NOW, Jaseyona Sage Thomas ("Ms. Thomas") by and through her attorney, Joshua L. Weatherspoon of Mulloy Law, who submits this sentencing memorandum for the Court's consideration pursuant to D.N.D. L.R. 32.1. Ms. Thomas reserves the right to offer additional comments through counsel at the time of the February 24, 2026, sentencing hearing.

### SENTENCE RECOMMENDATION

**MS. THOMAS'S RECOMMENDATION: Ms. Thomas requests the Court impose a sentence of time served followed by a period of supervised release for three (3) years pursuant to her *Plea Agreement*, the Sentencing Guidelines and the 18 U.S.C. § 3553(a) factors.**

### CONCLUSION

Based upon the foregoing reasons and given this Court's discretion under 18 U.S.C. § 3553(a) to sentence Ms. Thomas based upon the totality of the circumstances present, Ms. Thomas respectfully requests that the Court sentence her that would be sufficient, but not greater than necessary, to comply with the purpose of sentencing as set forth in 18 U.S.C. § 3553(a).

Respectfully submitted this 20th day of February, 2026.

                                **JOSHUA L. WEATHERSPOON**
                                **MULLOY LAW**
                                Attorneys for Defendant
                                319 North First Street
                                Bismarck, ND 58501
                                P: 701-390-8580
                                F: 701-639-2845
                                E-mail: josh@mulloylaw.com
                                By:

                                ***/s/ Joshua Weatherspoon***
                                **Joshua L. Weatherspoon (ID # 08641)**