IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                               Plaintiff,<br><br>vs.<br><br>Jaseyona Sage Thomas,<br><br>                               Defendant. | Case No. 1:24-cr-00137<br>Case No. 1:24-cr-00138 |

ORDER SETTING CONDITIONS OF RELEASE

[¶1]   THIS MATTER comes before the Court on Defendant's oral motion for release from custody pending sentencing and to continue sentencing. Doc. No. 118. The Defendant previously filed a Motion for Release from Custody on February 18, 2026 (Doc. No. 108), which the Court denied on February 23, 2026. Doc. No. 115. Defendant appeared on February 24, 2026, for a sentencing hearing. At the hearing, Defendant reiterated her request to be released to MHA Healing Hearts Lodge in Bismarck, North Dakota. The United States did not oppose Defendant's motion.

[¶2]   Based on the parties' statements at the hearing and Defendant's acceptance into Healing Hearts Lodge (Doc. No. 108-1), the Court has reconsidered the matter and **GRANTS** the Defendant's request for release and to continue sentencing. Defendant shall be released today, February 24, 2026, to a member of Healing Hearts Lodge, or other person approved by the Defendant's supervising probation officer. Defendant's release shall be subject to the following conditions:

1. The Defendant must not violate federal, state, tribal, or local law while on release.

2. The Defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The Defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The Defendant must sign an Appearance Bond, if ordered.

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. Except upon prior approval from the Pretrial Services Officer, the Defendant's travel is restricted to North Dakota.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

8. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

9. Defendant shall not knowingly or intentionally have any direct or indirect contact with witness(es) or co-defendant(s), except that counsel for the Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the Defendant's legal defense.

10. Defendant shall reside at Healing Hearts Lodge until sentencing, participate in the facility's programs and abide by its rules and regulations. Defendant shall not change her residence or leave the facility without the prior approval of the Pretrial Services Officer.

11. Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about the Defendant's progress in the program.

    Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

    If for any reason Defendant is terminated from the treatment program, the Defendant must immediately surrender to the custody of the United States Marshal.

    At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of the Defendant's anticipated completion date so the Court may schedule a hearing to review the Defendant's release status.

12. Defendant shall submit the Defendant's person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the Defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

13. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

14. Defendant shall not obtain a passport and other foreign travel document(s).

15. Defendant must report as soon as possible to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

[¶3]   At the hearing, the Court, assuming the Defendant was going to be sentenced, accepted the Defendant's plea. Doc. No. 118. In light of the Defendant's Motion and this Order, the Court **RESCINDS** its acceptance of the plea and defers acceptance until sentencing.

[¶4]   The sentencing hearing is continued until September 8, 2026, at 11:00 am in Bismarck Courtroom One before the undersigned. See Doc. No. 119.

[¶5]   **IT IS SO ORDERED.**

DATED February 24, 2026.

Daniel M. Traynor, District Judge
United States District Court